# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LOCHNER TECHNOLOGIES, LLC, | : |
| | : C.A. No. 2:11-cv-242-JRG |
| Plaintiffs, | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| AT LABS INC., ET AL. | : |
| | : |
| Defendants. | : |

## ORDER GRANTING AGREED MOTION
## TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)

Having considered the Parties' Agreed Motion to Transfer Venue under 28 U.S.C. §1404(a), the Court finds that the Motion should be GRANTED. For the reasons set forth in the Parties' Agreed Motion, this case is hereby transferred to the Central District of California, Southern Division.

**So ORDERED and SIGNED this 26th day of September, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE